# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2016

Robert P. Young, Jr.,
Chief Justice

150994(88)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LORINDA IRENE SWAIN,
      Defendant-Appellant.

_____/

SC: 150994
COA: 314564
Calhoun CC:  2001-004547-FC

      On order of the Chief Justice, the motions of amicus curiae Kelvin David Moffit to participate in oral arguments and to issue a writ of habeas corpus to bring him before the Court for oral arguments are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016

